**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

FILED
HARRISBURG, PA
SEP 16 2025
PER [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Honorable Sylvia H. Rambo

Shawn Williams  21006241
**Full Name of Plaintiff    Inmate Number**

Civil No. 1:25-CV-1728
(to be filled in by the Clerk's Office)

v.

Teresa D. Miller
**Name of Defendant 1**

(NO)(X) Demand for Jury Trial
(✓) No Jury Trial Demand

Jessica Keith
**Name of Defendant 2**

I Never Received Notice
Official Capacity Suit
Class Action
Request For Inclusion
Related Case # 25-0181
Eastern District Of Pa. For
Coordination or Consolidation and
Transfer of Judgment.
U.S.D.J. Wendy Beetlestone
This Court has Concurrent Jurisdiction

Laura Williams
**Name of Defendant 3**

Marc R. McKinney
**Name of Defendant 4**

Kristen Grady
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

**I. NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

S.W. ✓  Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

NO  X  Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

NO  X  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Name (Last, First, MI): Shawn Williams

Inmate Number: 2100624I

Place of Confinement: Delaware County Prison

Address: 500 Cheyney Road

City, County, State, Zip Code: Glen Mills P.A. 19373

Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee
✓ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First): Teresa D. Miller

Current Job Title: Secretary Of Public Welfare

Current Work Address: P.O. Box 2675

City, County, State, Zip Code: Harrisburg P.A. 17105

**Defendant 2:**

Name (Last, First): Jessica Keith

Current Job Title: Chief Executive Officer

Current Work Address: Norristown State Hospital

City, County, State, Zip Code: 1001 STERIGERE STREET

**Defendant 3:**

Name (Last, First): Laura Williams

Current Job Title: Warden / Delco Prison

Current Work Address: 500 CHEYNEY ROAD

City, County, State, Zip Code: Gill Mills PA. 19373

**Defendant 4:**

Name (Last, First): Marc R. McKinney

Current Job Title: Detective

Current Work Address: Ridley Twp. Police Dept.

City, County, State, Zip Code: Delaware County, P.A.

**Defendant 5:**

Name (Last, First): Kristen Brady

Current Job Title: Wellpath Health Services administrator

Current Work Address: 500 CHEYNEY RD.

City, County, State, Zip Code: Gill Mills, P.A. 19373

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

I was illegally arrested on 12/20/21, my home, car, person and cell phone was search illegally, On 6/18/24 I was Committed to P.A. Dept. Of Human Services, Denied medical Attention

B. On what date did the events giving rise to your claim(s) occur?

12/20/21, 6/13/22, 6/18/24, 9/3/24, 11/8/24 and 7/21/25

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On 12/20/21 Ridley Twp Police Dept. executed an illegal search and arrest, On 4-11-22 I filed a motion for Suppression of evidence, On 6/13/22 my hearing was suspended because of a finding of incompetency to proceed on criminal charges, On 6/18/24 I was committed to Norristown State Hospital, it took 4 months to trausport me for competency Restoration. I was returned to jail because the Departments Doctor provided a false report to the court on 10/31/24 I was recommitted on 7/21/25 because of that and they falsely cancelled my surgery. Kristen Grady the County Mental Health Administrator denied me access to outpatient programs The Director of Wellpath LLC Dr. Perice Denied me medical treatment the Secretary of public welfare is not in compliance with this settlement agreement Jessica Keith is the Warden of Norristown State Hospital and I'm in jail on a waiting list when they agreed to outpatient services, Laura Williams has not released me from custody and I was committed without a warrant.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

The 1st 4th 5th 6th 8th and 14th amendments to the United States Constitution and the 9th 10th and 14th to the State Constitution, the Commonwealth of Pennsylvania violated my privileges and immunities of the 14th and Due process and Disqualification as Officers or Electors, Double Jeopardy, fair trial and self incrimination, Speedy trial Rights under the 6th and effective assistance of counsel Cruel and inhumane treatment denial of bail and punishment and protection From unreasonable searches and seizures without probable cause under the 4th, the Speedy trial transportation Order and 3161(b)1(E) and §3164 a 1 and b and c. Commonwealth also violated my Rights under the Mental Health procedures, Mental Retardation Act of 1966, the Americans with Disabilities Act and Rehabilitation Act

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Severe health issues, loss of liberty, property and happiness equity, Consortium/Conjugal Rights, permanent injury and Rehabilitation, False imprisonment, Malicious Prosecution and abuse of process, denied Accommodations and modifications

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

See attached Continued

Monetary Relief, compensatory Relief, pre-liminary injunction, permanent injunction, Declatory Relief, Specific Performance Relief, Reasonable Accommodations, permanent restraining Order against Delaware County Prison and Norristown State Hospital Interest, Court Costs, filing Fee's and any other Further monetary Relief and non monetary Relief the Court deems appropriate, Transfer of Custody, Pre, Exhaustion Relief

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

____9/3/25_____
Date

Shawn Williams 21006241
Delco Prison
P.O. Box 234
Glen Mills, P.A. 19373

Legal Mail

Clerk Of Courts
United States District
Middle District Of P.A.
Sylvia H. Rambo
1501 N 6th Street, Suite 101
Harrisburg, P.A. 17102